

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-74,501-10

### IN RE EDWARD CHARLES TUCKER, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 241-1308-07-A IN THE 241ST DISTRICT COURT
### FROM SMITH COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he wrote to the Smith County District Clerk multiple times requesting an estimate of the cost of certain pages of the clerk's records from his case. He alleges the District Clerk has not responded to his requests.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Smith County, is ordered to file a response stating whether he received a request from the Relator for a statement of costs for his records. If the District Clerk received such a request, he shall state the nature of his response and, if available, provide a copy of the response. If the District Clerk received

such a request and did not respond, he shall provide his rationale for not responding. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: August 22, 2018

Do not publish.